977 F.2d 569
 1975 Salaried Retirement Plan for Salaried Employees of
Crucible Inc., Erisa Plan, Retirement Committee of
Coltec Industries Inc.
v.
Marsh (Edwin L.), Bigleman (Howard W.), DeCosta (Anthony
J.), Kundick (John R.), Lehmann (Theodore T.),
Lippert (Robert A.), Matsukas (Frank
S.), Nagle (Lawrence V.),
Stephens (William H.)
 NO. 92-3160
 United States Court of Appeals,
Third Circuit.
 Sept 25, 1992
 
 Appeal From: W.D.Pa.,
 Mencer, J.
 
 
 1
 AFFIRMED.